UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| NAJAM AZMAT, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) ) | CV417-086 |
| UNITED STATES OF AMERICA | ) ) | CR413-028 |
| Respondent. | ) | |

### <u>O R D E R</u>

Counsel William Mallory Kent seeks to withdraw as counsel for Najam Azmat, citing Azmat's unambiguous written request that he withdraw so that Azmat may proceed *pro se* in this matter. Doc. 419-1 (movant's letter requesting Kent to "immediately file[ ] a motion [to] withdraw[ ] from the case" so that he may pursue various arguments for relief which Kent had deemed inappropriate or meritless); *see also* doc. 411 at 68 (Azmat's own submission to the Court, attaching a copy of a different letter firing Kent). Counsel's unopposed motion for withdrawal is **GRANTED**. Azmat shall proceed *pro se* in this matter. *United States v. Berger*, 375 F.3d 1223, 1226 (11th Cir. 2004) ("Defendants have a Sixth Amendment right to counsel on direct appeal, but not when they collaterally attack their sentences."); *Pennsylvania v. Finley*, 481 U.S.

551, 555 (1987) ("[T]he right to appointed counsel extends to the first appeal of right, and no further.").

Azmat's supplemental briefing (doc. 411) is thus **CONSTRUED** as a Motion to Amend his 28 U.S.C. § 2255 motion to vacate his sentence. Any opposition to that motion shall be filed within 14 days of service of this Order in accordance with this Court's Local Rules. If unopposed, any motion to dismiss the amended § 2255 motion shall be filed within 30 days of service of this Order. Movant's motion to stay the briefing schedule (doc. 421) and the Government's motions to strike Azmat's *pro se* pleadings (docs. 412 & 416) are also **DENIED** as moot.

**SO ORDERED** this  21st  day of November, 2017.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA