# United States District Court
## Southern District of Georgia

NAJAM AZMAT

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17CV-086
4:13CR-028

UNITED STATES OF AMERICA

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 12, 2019 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Petitioner's Motion to withdraw is denied, the Respondent's Motion to Dismiss is Granted, and the Petitioner's Motion to Vacate, Set Aside or Correct Sentence is denied. This case stands closed.



August 12, 2019
*Date*

Scott L. Poff
*Clerk*

*James R. Burell*
*(By) Deputy Clerk*