NAJAM AZMAT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV417-086
CR413-028

**O R D E R**

Before the Court is Petitioner's Motion to Correct Clerical Error. (Doc. 71.)[1] In his motion, Petitioner asserts that page 10 of his reply to the Government's response to Petitioner's Motion to Withdraw (Doc. 69) was inadvertently omitted from the filing. (Doc. 71.) However, this omission has no effect on the Court's previous dismissal of the case.

On August 12, 2019, this Court adopted the Magistrate Judge's report and recommendation that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence should be dismissed. (Doc. 67.) In lieu of filing objections to the report and recommendation, Petitioner filed a Motion to Withdraw his original § 2255 petition (Doc. 64), to which the Government responded in opposition (Doc. 66). This Court denied Petitioner's Motion to Withdraw. (Doc. 67.) After the

---

[1] Unless otherwise noted, all citations are to Petitioner's civil case filed on this Court's electronic docketing system, 4:17-CV-086.

Court denied his Motion to Withdraw, Petitioner filed a reply to the Government's response to his Motion to Withdraw with page 10 omitted. (Doc. 69.) However, Petitioner's omitted page does not give the Court any reason to set aside its denial of Petitioner's Motion to Withdraw. Accordingly, Petitioner's Motion to Correct Clerical Error is **DISMISSED AS MOOT**. This case remains closed.

SO ORDERED this 2ND day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA