IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NAJAM AZMAT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CR413-028
          CV417-086

## O R D E R

Before the Court is Petitioner's Motion for Certificate of Appealability (Doc. 80), which the Government has opposed (Doc. 83).[1] On June 6, 2019, this Court adopted the Magistrate Judge's report and recommendation as the Court's opinion in this case. (Doc. 67.) In the report and recommendation, the Magistrate Judge recommended that "no certificate of appealability should issue." (Doc. 57 at 19.) On review, this Court considered the report and recommendation, to which Petitioner did not object, and found that "[t]he Magistrate Judge properly considered the merits of Petitioner's numerous claims and found that Petitioner was not entitled to any relief." (Doc. 67 at 3.)

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of

---

[1] Unless otherwise stated, all citations are to Petitioner's civil docket on this Court's electronic filing system, CV417-086.

Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). In light of the Magistrate Judge's recommendation and this Court's own careful review of Petitioner's claims, this Court finds that Petitioner cannot meet this standard. Accordingly, Petitioner is not entitled to a certificate of appealability.

SO ORDERED this 13th day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA