# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                    For rules and forms visit
Clerk of Court                                                                    www.ca11.uscourts.gov

January 06, 2023

Danny Williams
Central SP - Inmate Legal Mail
4600 FULTON MILL RD
MACON, GA 31208

Appeal Number:  23-10021-C
Case Style:  Danny Williams v. Commissioner, Georgia Department of Corrections, et al
District Court Docket No:  1:22-cv-00134-JRH-BKE

Please use the appeal number for all filings in this Court.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Three Strikes
This Court has determined that the "three strikes" provision of the Prison Litigation Reform Act of 1995 is applicable to you. See 28 U.S.C. § 1915(g). Unless an exception applies, this appeal cannot proceed until the full docketing and filing fees are paid to the DISTRICT COURT clerk. If the fees have not been paid within 14 days after this letter's date, **this appeal will be dismissed without further notice by the clerk**. See 11th Cir. R. 42-1(b).

If the docketing and filing fees are paid to the DISTRICT COURT clerk, the appellant's brief is due 40 days after the date of the payment of the docketing and filing fees pursuant to the Prisoner Litigation Reform Act. See 11th Cir. R. 31-1. An incarcerated pro se party is not required to file an appendix.

This is the only notice you will receive regarding the due date for briefs. If the appellant's brief is not filed by the due date, this appeal will be dismissed without further notice. See 11th Cir. R. 42-2.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case in which the party or attorney is participating. See 11th Cir. R. 25-7.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Shamilla K. Jordan, C
Phone #: 404-335-6135

DKT-4 Three Strikes